**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
WARREN B. RUDMAN U.S. COURTHOUSE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

FILED
IN CLERKS OFFICE

2008 MAR -6  P 4: 32

U.S. DISTRICT COURT
DISTRICT OF MASS.

**OFFICE OF THE CLERK**
James R. Starr
Clerk of Court

Telephone
603-225-1423

March 4, 2008

Clerk
U.S. District Court
1 Courthouse Way
Boston, MA 02110

Re:   NH Case No.:  Criminal No. 96-CR-146-01-SM, US v. Frank Merlino
                   Criminal No. 97-CR-10-01-SM, US v. Frank Merlino
                   Criminal No. 97-CR-67-01-SM, US v. Frank Merlino

      Your Case No.:  08CR10.03.9

The above case has been transferred to your jurisdiction pursuant to a Transfer of Jurisdiction.

We enclose the following items:

   Certified copy of the docket sheet
   Certified copies of file documents: Probation 22 Transfer of Jurisdiction,
   Informations, Indictment and Judgments.

There is an outstanding special assessment and restitution obligation. A copy of the ledger is enclosed.

Please acknowledge receipt on the copy of this letter provided and return in the reply envelope enclosed.

Very truly yours,

James R. Starr, Clerk

By:
   Janice G. Bushold
   Deputy Clerk

Enclosures

cc:   Bjorn R. Lange
      Jennifer Davis
      Financial Administrator